# EXHIBIT B

# Plaintiff's List of Social Media Accounts and Online Websites

1. **Instagram - @Indiefoxx**



2. **Instagram - @Indiefoxxshop**



3. Facebook - @stylebyindiefoxx



4. TikTok - @iindiefoxx



5.  **Twitter - @Indiefoxx**



6.  **YouTube - @Indiefoxx**



7. Pinterest - @saravio



8. Online Website Store – www.indiefoxxshop.com



9. Online Website Blog – www.indiefoxx.com



