# EXHIBIT E

# Jenelle Dagres' Bans on Twitch



## Who is indiefoxx, and why isn't she on Twitch anymore?

Olivia Richman • December 27, 2021 11:01 pm

TWITCH

There was a time when fans of streaming could hardly tune into Twitch without hearing about hot tub streamers and wardrobe malfunctions. While that era seems to have passed, many still remember Jenelle "indiefoxx" Dagres, a singer-turned-adult content creator who couldn't seem to catch a break on the platform, even after she found success.

### Who is indiefoxx?

indiefoxx is a 26-year-old adult content creator who used to be known for her music career. She was originally using Twitch for her music, but her channel wasn't taking off to her liking. The entrepreneur turned to adult content, which included OnlyFans and suggestive Twitch streams.

This new career choice has been a success for indiefoxx. She has over 91,000 followers on Twitter and over 43,700 on Instagram, big increases compared to before her shift.

### Why is indiefoxx banned from Twitch?

indiefoxx has been banned from Twitch multiple times. Her six bans were all related to pushing the boundaries of Twitch's adult content rules. indiefoxx has been suspended from Twitch for inappropriate ASMR streams, for writing subscribers' names on her chest, and for her wardrobe choices.

Each time indiefoxx was banned, it was only for a few days. This led many in the streaming community to accuse Twitch mods of being "simps" who gave special treatment to indiefoxx, Amouranth, and other female streamers they deemed to be attractive. Felix "xQc" Lengyel and some other male streamers pointed out how they had been banned for months or more after making mistakes like showing a horse penis GIF for a split second, while some female content creators were only given short bans for more sustained and numerous offenses.

### Is indiefoxx permanently banned from Twitch?

While past suspensions were for three days or less, it seems as though indiefoxx's sixth suspension finally led Twitch to take action against indiefoxx's repeat behavior. It was her sixth ban within a six-month time period.

indiefoxx was suspended for sexually suggestive behavior at the end of June 2021. Soon after, fans noticed that her account was stripped of its Twitch Partner status.

indiefoxx tried to appeal the ban, but Twitch hasn't yet budged. It has now been five months since indiefoxx was last allowed to stream on Twitch prior to her latest ban.

"I am back but on other platforms. I have been live streaming. But I don't announce where because it might piss off Twitch. I am constantly walking on eggshells," indiefoxx said about Twitch.

Despite a lack of Twitch streaming, indiefoxx has been having a successful holiday season on OnlyFans. She has been doing live hot tub and ASMR content on the adult content platform rather

**Source:** https://win.gg/news/who-is-indiefoxx-and-why-isnt-she-on-twitch-anymore/