# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SARA MARIE VIOLASSI, ) | |
| ) | |
| *Plaintiff,* ) | Case No. 3:22-cv-00487 |
| ) | JURY DEMAND |
| v. ) | |
| ) | District Judge Richardson |
| INDIEFOXX, INC., and ) | Magistrate Judge Holmes |
| JENELLE DAGRES, ) | |
| ) | |
| *Defendants.* ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sara Marie Violassi hereby dismisses this action against the Defendants with prejudice. According to Federal Rule of Civil Procedure 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal before the opposing party serves an answer. Plaintiff initiated this proceeding against Defendants Indiefoxx, Inc. and Jenelle Dagres on June 27, 2022, and Plaintiff filed a First Amended Complaint on November 15, 2022. To date, Defendants have not yet answered the First Amended Complaint. The Parties have reached a settlement agreement in this case. Accordingly, Plaintiff voluntarily dismisses this action against both Defendants with prejudice pursuant to Rule 41(a)(1). Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: January 12, 2023

Respectfully submitted,

/s/ Matthew C. Cox
Matthew C. Cox (TN Bar No. 028212)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 850-8136

1

Facsimile: (615) 244-6804
Matt.Cox@wallerlaw.com

*Attorney for Plaintiff Sara Marie Violassi*

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE** was filed electronically with the CM/ECF filing system of the U.S. District Court for the Middle District of Tennessee in Case No. 3:22-cv-00487 on January 12, 2023. Notice of this filing was served via the Court's Electronic Case Filing System to all parties and counsel of record, including the following:

Joshua Counts Cumby (TN Bar No. 037949)
ADAMS AND REESE LLP
1600 West End Ave.
Suite 1400
Nashville, TN 37203

*Attorney for Defendants Indiefoxx, Inc. and Jenelle Dagres*

             /s/ Matthew C. Cox
             WALLER LANSDEN DORTCH & DAVIS, LLP
             511 Union Street, Suite 2700
             Nashville, Tennessee 37219
             Phone: 615-850-8136
             Email: Matt.Cox@wallerlaw.com

             *Attorney for Plaintiff Sara Violassi*